United States Courts
Southern District of Texas
FILED

*June 25, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**26-CR-20236-RUIZ/LOUIS**
CASE NO. _____

18 U.S.C. § 371
18 U.S.C. § 641
18 U.S.C. § 1956(h)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(1)

**4:26-mj-407**

UNITED STATES OF AMERICA

v.

FREDERICK ROBERTS,

Defendants.

_____/

FILED BY_____BM_____D.C.

**Jun 11, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1.     The United States Department of the Treasury was an executive department of the United States government. The Bureau of the Fiscal Service ("BFS") was a bureau within the Department of the Treasury responsible for issuing payments to the public on behalf of federal agencies.

2.     As part of its mission, the BFS issued United States Treasury Checks to vendors, taxpayers, and other entities entitled to government funds. These checks constituted money and things of value of the United States.

3.     Treasury checks were typically disbursed via the United States Postal Service to the intended payees.

4.    United States Treasury Check Number 4045-567285037 (the "Treasury Check") was a genuine financial instrument issued by the BFS on November 12, 2024, in the amount of $27,910,676.69.

### The Defendants, Co-Conspirators, and Relevant Entities

5.                                    was a resident of Miami, Florida.

6.    **FREDERICK ROBERTS** was a resident of Houston, Texas.

7.    Carlos Manuel Villanueva was a resident of Hialeah, Florida.

8.    Jorge Cruz Garcia was a resident of Katy, Texas.

9.    John Ryan Boxie was a resident of Houston, Texas.

10.    Eric Renard Bedford was a resident of Houston, Texas.

11.    Company 1 was a business located in Richmond, Virginia, and was the lawful payee of the Treasury Check.

### COUNT 1
### Conspiracy to Commit Theft of Government Money
### (18 U.S.C. § 371)

1.    The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2.    From on or about October 27, 2025, through on or about November 10, 2025, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

### FREDERICK ROBERTS,

did knowingly and willfully combine, conspire, confederate, and agree with each other, Carlos Manuel Villanueva, Jorge Cruz Garcia, John Ryan Boxie, Eric Renard Bedford, and other persons, known and unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly and willfully receive, conceal, and retain, with the intent to convert to their own use

2

and gain, money and a thing of value of the United States and of a department and agency thereof, the aggregate amount of which exceeded $1,000, that is, the Treasury Check issued to Company 1, knowing the check to have been stolen, purloined, and converted, in violation of Title 18, United States Code, Section 641.

## PURPOSE AND OBJECT OF THE CONSPIRACY

3.        It was the purpose and object of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by obtaining the stolen Treasury Check valued at approximately $27.9 million, transporting the Treasury Check to the Southern District of Florida, negotiating the Treasury Check through a financial institution, transferring the Treasury Check proceeds to accounts controlled by co-conspirators, and using the proceeds for their personal use and benefit.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants sought to accomplish the purpose of the conspiracy included, among other things, the following:

4.                              identified and located an individual he believed to be a corrupt banker (the undercover officer or "UCO") capable of depositing large, stolen financial instruments without scrutiny.

5.        **FREDERICK ROBERTS** obtained, maintained custody of, and transported the stolen Treasury Check from outside the State of Florida to Broward County, Florida.

6.                              and **FREDERICK ROBERTS** submitted and caused the submission of materially false information to the UCO, including representations that the payee, Company 1, was "closed" or otherwise unable to cash the check, to justify the illicit negotiation of the Check.

3

7.    **FREDERICK ROBERTS** and his co-conspirators planned to utilize multiple bank accounts and structured wire transfers to disperse the stolen proceeds and avoid triggering financial fraud alerts.

8.    **FREDERICK ROBERTS** and his co-conspirators agreed to pay the UCO a portion of the face value of the Treasury Check to facilitate the fraudulent transaction.

## OVERT ACTS

In furtherance of the conspiracy and to achieve the purpose thereof, at least one of the conspirators committed and caused to be committed, in the Southern District of Florida, at least one of the following overt acts, among others:

1.    From on or about October 31, 2025, through on or about November 10, 2025, coordinated logistics with Jorge Cruz Garcia for a face-to-face meeting to deliver the stolen Treasury Check to the UCO so that the Check could be cashed.

2.    On or about November 10, 2025, **FREDERICK ROBERTS** traveled to a restaurant in Broward County, Florida, in the Southern District of Florida, and transported the stolen Treasury Check.

3.    On or about November 10, 2025, during a face-to-face meeting, **FREDERICK ROBERTS** caused the stolen Treasury Check to be delivered to the UCO.

All in violation of Title 18, United States Code, Section 371.

### COUNT 2
### Theft of Government Money
### (18 U.S.C. § 641)

1.    The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

4

2. On or about November 10, 2025, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**FREDERICK ROBERTS,**

did knowingly and willfully receive, conceal, and retain, with the intent to convert to their own use and gain, money and a thing of value of the United States and of a department and agency thereof, the aggregate amount of which exceeded $1,000, that is, the Treasury Check in the amount of $27,910,676.69, knowing the check to have been stolen, purloined, and converted, in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 3
### Conspiracy to Commit Money Laundering
### (18 U.S.C. § 1956(h))

1. The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2. From on or about October 27, 2025, through on or about November 10, 2025, in the Southern District of Florida and elsewhere, the defendants,

**FREDERICK ROBERTS,**

did knowingly and voluntarily combine, conspire, and agree with each other, Carlos Manuel Villanueva, Jorge Cruz Garcia, John Ryan Boxie, Eric Renard Bedford, and other persons, known and unknown to the Grand Jury to commit the following offenses:

a. to knowingly conduct a financial transaction affecting interstate and foreign commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed in whole and in part to conceal

5

and disguise the nature, the location, the source, the ownership, and the control of the proceeds of one or more specified unlawful activities, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

b.        to knowingly engage in a monetary transaction affecting interstate commerce, by, through, and to a financial institution, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, and knowing that the property involved in the transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1957.

It is further alleged that the specified unlawful activity is theft of government funds in violation of Title 18, United States Code, Section 641.

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATIONS

1.        The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants,                    and **FREDERICK ROBERTS**, have an interest.

2.        Upon conviction of a violation, or conspiracy to commit a violation, of Title 18, United States Code, Section 641, as alleged in this Indictment, the defendants shall forfeit to the United States any property, real or personal, which constitutes, or is derived from, proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3.        Upon conviction of a violation of Title 18, United States Code, Section 1956, as alleged in this Indictment, the defendants shall forfeit to the United States of America any property,

real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

    4.    If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to the forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

_____ FOR
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
KSENIYA SMYCHKOUSKAYA
ASSISTANT UNITED STATES ATTORNEY

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: FREDERICK ROBERTS

**Case No**: _____

Count #: 1

Conspiracy to Commit Theft of Government Money

Title 18, United States Code, Section 371

\* **Max. Term of Imprisonment:** 5 years
\* **Mandatory Min. Term of Imprisonment (if applicable):** None
\* **Max. Supervised Release:** 3 years
\* **Max. Fine:** $250,000

Count #: 2

Theft of Government Money

Title 18, United States Code, Section 641

\* **Max. Term of Imprisonment:** 10 years
\* **Mandatory Min. Term of Imprisonment (if applicable):** None
\* **Max. Supervised Release:** 3 years
\* **Max. Fine:** $250,000

Count #: 3

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

\* **Max. Term of Imprisonment:** 20 years
\* **Mandatory Min. Term of Imprisonment (if applicable):** None
\* **Max. Supervised Release:** 3 years
\* **Max. Fine:** $500,000

**\*Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 26-CR-20236-RUIZ/LOUIS

### BOND RECOMMENDATION

DEFENDANT: FREDERICK ROBERTS

Cash Bond with Nebbia, GPS monitoring

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

*/s/ Kseniya Smychkouskaya*

AUSA:   Kseniya Smychkouskaya

Last Known Address: ███████ ███████████████

███████████████

What Facility: _____

Agent(s):     Alex Gorostola

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (OTHER)

TIGTA